**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01003-CV

**THOMAS CLYDE DAVIS, Appellant**

**V.**

**TERIE LERLENE DAVIS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-19393**

## ORDER

Before the Court is appellant's October 29, 2018 opposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 14, 2018.

        /s/    DAVID EVANS
                JUSTICE